**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS SORRANO FLORES,<br>Petitioner,<br>v.<br>J. JAMES, Warden, et al.,<br>Respondents. | CASE NO. 5:26-cv-06652-SK<br>**JUDGMENT**<br>A-File No. 208-081-324 |

Pursuant to the Court's Order Conditionally Granting Habeas Petition, IT IS ADJUDGED that **Jose Luis Sorrano Flores (A# 208-081-324)** is to be released from ICE detention unless, within 7 days of this order, he is provided a custody redetermination hearing before an immigration judge under 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d)(1).[1]

Meanwhile, the court retains jurisdiction to enforce its order and judgment subject to the limits of 8 U.S.C. § 1226(e). It also retains jurisdiction over any successive petition under § 2241 alleging that petitioner is being held in immigration custody within this district in violation of federal law. *See* 28 U.S.C. § 1651; *see also Eldridge v. Howard*, 70 F.4th 543, 551 (9th Cir. 2023) (abuse of the writ doctrine precludes reconsideration of claims that were or could have been raised in prior habeas petition).

DATED: November 18, 2026

HON. STEVE KIM
United States Magistrate Judge

[1]Consistent with agency regulations and practice, however, the immigration judge would retain ordinary discretion to continue the hearing for a reasonable period beyond the seventh day of this order based on a valid showing of good cause—including a request by petitioner to secure appearance of immigration counsel or to marshal documentary evidence for the hearing. *See*, *e.g.*, 8 C.F.R. § 1003.29.